# 06-CV-02578

nTue Dec 26 17:01:46 2006

UNITED STATES DISTRICT COURT
DENVER        , CO

Receipt No.   100 273287
Cashier        sabrina

Check Number: 1122

DO Code    Div No
 4613        1

| Sub Acct | Type | Tender | Amount |
|---|---|---|---|
| 1:510000 | N | 2 | 190.00 |
| 2:086900 | N | 2 | 60.00 |
| 3:086400 | N | 2 | 100.00 |

Total Amount     $   350.00

LONN HEYMANN

06-CV-2578, NEW COMPLAINT, SQ