IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

HEATHER A. HEMBREE,

       Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS, WELD COUNTY, COLORADO d/b/a WELD COUNTY DIVISION OF HUMAN SERVICES' TRANSPORTATION DEPARTMENT,

       Defendant.

---

**SUMMONS WITH RETURN OF SERVICE**

---

       COMES NOW the plaintiff, HEATHER A. HEMBREE ("Mrs. Hembree"), by and through her attorney, LONN M. HEYMANN of the LONN HEYMANN LAW FIRM, P.C., and hereby submits the Summons with Return of Service for the above-referenced case.

       Respectfully submitted this 12th day of  March , 2007.

                                        By:    **s/ Lonn M. Heymann**
                                        Lonn M. Heymann
                                        LONN HEYMANN LAW FIRM, P.C.
                                        1439 Court Place
                                        Denver, Colorado 80202
                                        Telephone: (303) 825-9100
                                        FAX:  (303) 623-2101
                                        lonn@heymannlawfirm.com
                                        ATTORNEY FOR PLAINTIFF
                                        HEATHER HEMBREE

## CERTIFICATE OF SERVICE

    I hereby certify that on March 12, 2007, I presented the foregoing **SUMMONS WITH RETURN OF SERVICE** to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Weld County Attorney's Office
915 10th Street
Greeley, CO  80632
*Counsel for Defendant*
*Board of County Commissioners,*
*Weld County, Colorado*


                                s/   Lonn M. Heymann