## SUMMONS IN A CIVIL ACTION

## United States District Court
## for the District of Colorado

Civil Action Number:

**06 - CV - 02578** -Rpm-MEh

HEATHER A. HEMBREE,
PLAINTIFF,

v.

BOARD OF COUNTY
COMMISSIONERS, WELD
COUNTY, COLORADO d/b/a
WELD COUNTY DIVISION
OF HUMAN SERVICES'
TRANSPORTATION
DEPARTMENT,

DEFENDANT.

**SUMMONS**

To the above named Defendant(s): **BOARD OF COUNTY COMMISSIONERS, WELD COUNTY, COLORADO**
You are hereby summoned and required to serve upon LONN M. HEYMANN,

plaintiff's attorney, whose address is: 1439 COURT PLACE, DENVER, COLORADO 80202,

AND FILE WITH THE CLERK OF THE COURT

an answer to the complaint which is herewith served upon you, within 20 days of service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Gregory C. Langham, Clerk
By: _____ Deputy Clerk
(Seal of the Court)

Date: 12-26-06

Clerk, U.S. District Court, Room A-105 Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado 80294-3589

NOTE: This summons is issued pursuant to Rule 4 of the Federal Rules of Civil Procedure.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLO.

**DEC 26 2006**

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-CV-02578-RPM-MEH

HEATHER A. HEMBREE,

    Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS, WELD COUNTY, COLORADO d/b/a WELD COUNTY DIVISION OF HUMAN SERVICES' TRANSPORTATION DEPARTMENT,

    Defendant.

---

### COMPLAINT AND JURY DEMAND

---

COMES NOW the plaintiff, HEATHER A. HEMBREE ("Mrs. Hembree"), by and through her attorney, LONN M. HEYMANN of the LONN HEYMANN LAW FIRM, P.C., and for her Complaint and Jury Demand in this matter alleges and avers the following:

### JURISDICTIONAL ALLEGATIONS AND VENUE

1. The Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331, relating to federal question and 28 U.S.C. §1343(3) and (4) which grant original jurisdiction to the Federal District Court in actions which arise under federal civil rights laws. This action for damages is commenced pursuant to 42 U.S.C. §§2000e, et seq., otherwise know as Title VII of the Civil Rights Act of 1964, including §2000e(k), otherwise known as the Pregnancy Discrimination Act of 1978, pursuant to the Civil Rights Act of 1991, 42 U.S.C. §1981a, pursuant to 42 U.S.C. §1983, and pursuant to 29 U.S.C. §2615(a)(1), otherwise known as the Family and Medical