# RETURN OF SERVICE

NAME OF SERVER: Veronica Simpkins   TITLE: Server

Check one box to indicate appropriate method of service.

[X] Served personally upon the defendant. Place where left: Sheen Koffe Weld County Commissioners Office (Clerk to the Boards office)

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint where left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

## STATEMENT OF SERVICE OF FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service is true and correct.

Executed on: 3/6/07
Date

Signature of Server: [signature]

Address of Server: 2715 Meadowbrook Lane
Greeley CO 80634

Sworn to before me this 3-6-07.

[signature] R. Burkman
Deputy Clerk