IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02578-RPM-MEH

HEATHER A. HEMBREE,

    Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS, WELD COUNTY, COLORADO d/b/a WELD COUNTY DIVISION OF HUMAN SERVICES' TRANSPORTATION DEPARTMENT,

    Defendant.

---

**UNOPPOSED MOTION FROM DEFENDANT WELD COUNTY FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

---

Defendant Weld County[1], Colorado, by and through counsel, Hall & Evans, L.L.C., and pursuant to D.C.COLO.LR 7.1, hereby moves the Court for an Order extending the deadline for submitting an Answer or other response to Plaintiff's Complaint herein, as follows:

    1.    Defendant was served with a Summons and Complaint in the above matter on February 27, 2007. Pursuant to the Federal Rules of Civil Procedure, an Answer or other responsive pleading is due for filing within twenty days of that date, on or before March 19, 2007.

    2.    Defendant and its counsel are investigating the multiple claims set out in the Complaint for the purpose of filing an appropriate response. The Complaint requires substantial inquiry regarding underlying facts and any applicable law, while Defendant and counsel also fulfill other responsibilities. These elements necessitate this request that Defendant be allowed

---

[1] Weld County is a public entity and acts only through the Board of County Commissioners of Weld County, as reflected in the provisions of the county's home rule charter, section 2-2. As such, only the Board of County Commissioners of Weld County, Colorado could be a proper party defendant in this lawsuit.

an additional fourteen days to complete the appropriate investigation and research, as well as to file an Answer or other responsive pleading. The requested extension would extend the time available to submit such a response until Monday, April 2, 2007. A proposed Order is submitted with this Motion.

3. Pursuant to D.C.Colo.LCivR 7.1.A, undersigned defense counsel conferred by email with counsel for Plaintiff, Lonn Heymann, Esq., on March 12, 2007 regarding the extension of time requested herein. Mr. Heymann stated no objection to the requested fourteen-day extension in a response email received on Tuesday, March 13, 2007.

4. Pursuant to D.C.Colo.LCivR 7.1.C, a copy of this Motion for Extension of Time is being served on Defendant Weld County and counsel for Plaintiff, as indicated on the certificate of mailing. Pursuant to D.C.Colo.LCivR 6.1.C, no other extension of time was sought or obtained by Defendant in relation to this matter.

WHEREFORE, Defendant Weld County respectfully moves the Court to enter an Order granting an extension of time, up to and including April 2, 2007, within which to file an Answer or otherwise respond to Plaintiff's Complaint herein.

Dated this 15th day of March 2007.

Respectfully submitted,

s/Thomas J. Lyons
Thomas J. Lyons, Esq.
HALL & EVANS, L.L.C.
1125 17th Street, Suite 600
Denver, Colorado 80202
Phone: 303-628-3355; Fax:303-293-3238
lyonst@hallevans.com
ATTORNEYS FOR DEFENDANT

Defendant's Address:
c/o Cyndy Giauque, Esq.,
Assistant Weld County Attorney
915 10th Street, P.O. Box 758
Greeley, CO  80632

CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on the 15th day of March 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system that will send notification of such filing to the following e-mail address:

Allan R. Parr, Esq.
Wuthrich & Parr, LLC
620 16th Street
Suite 300
Denver, CO 80202
arparr@comcast.net

And hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participant in the manner (mail, hand delivery, etc.) indicated by the non-participant's name:

**Client:**

Cyndy Giauque, Esq.              **Via U.S. Mail**
Assistant Weld County Attorney
915 10th Street
P.O. Box 758
Greeley, CO  80632

                                          s/Marlene Wilson, Secretary to.
                                          Thomas J. Lyons, Esq.
                                          HALL & EVANS, L.L.C.
                                          1125 17th Street, Suite 600
                                          Denver, Colorado 80202
                                          Phone:   303-628-3355
                                          Fax:       303-293-3238
                                          lyonst@hallevans.com
                                          ATTORNEYS FOR DEFENDANT