IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02578-RPM-MEH

HEATHER A. HEMBREE,

    Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS, WELD COUNTY, COLORADO d/b/a WELD COUNTY DIVISION OF HUMAN SERVICES' TRANSPORTATION DEPARTMENT,

    Defendant.
_____

### ORDER RE EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT
_____

THIS MATTER having come before the Court upon Defendant's Unopposed Motion From Defendant Weld County For An Extension of Time to Answer or Otherwise Respond to the Complaint, and being fully advised in the premises,

THE COURT HEREBY ORDERS that Defendant is hereby granted an extension of time up to and including April 2, 2007, within which to answer or otherwise respond to Plaintiff's Complaint herein.

DATED this 15th day of March, 2007.

                        BY THE COURT:

                        s/Richard P. Matsch
                        _____
                        RICHARD P. MATSCH
                        UNITED STATES DISTRICT COURT JUDGE