IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date:                June 5, 2007
Courtroom Deputy:    J. Chris Smith
ECR Technician:      Kathy Terasaki

_____

Civil Action No. 06-cv-02578-RPM

HEATHER A. HEMBREE,                                          Lonn M. Heymann

      Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS,                               Thomas J. Lyons
WELD COUNTY COLORADO,                                        Katherine Pratt
d/b/a Weld County Division of Human Services' Transportation Department,

      Defendant.
_____

## COURTROOM MINUTES
_____

**Scheduling Conference**

**10:32 a.m.      Court in session.**

Court reviews proposed scheduling order and counsel answer questions.

Discussion regarding case claims and facts.

Mr. Heymann identifies four errors in the Complaint and agrees no punitive damages.
Mr. Lyons agrees to disclose personnel records.

**ORDERED:    Errors identified shall be corrected by the submitting an amended
             proposed scheduling within 10 days.**

**10:47 a.m.      Court in recess.**

Hearing concluded.  Total Time: 15 min.