IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02578-RPM-MEH

HEATHER A. HEMBREE,

    Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS, WELD COUNTY, COLORADO d/b/a WELD COUNTY DIVISION OF HUMAN SERVICES' TRANSPORTATION DEPARTMENT,

    Defendant.

## DEFENDANT WELD COUNTY, COLORADO'S MOTION FOR EXTENSION OF TIME TO FILE EXPERT DISCLOSURES

Defendant Weld County Colorado, a governmental entity, through its attorneys Hall & Evans, L.L.C., hereby files its Motion for Extension of Time to File Expert Disclosures as follows:

1. The current deadline to file initial Rule 26(a)(2) expert disclosure information is November 5, 2007. Rebuttal expert disclosure information is due on or before December 5, 2007.

2 Defendant now seeks an extension, up to and including December 20, 2007, within which to file its initial expert disclosures and January 21, 2008, within which to file its rebuttal expert disclosures. Defendant has not previously requested an extension of time. In support of the extension, Defendant states Plaintiff was deposed on October 30, 2007. Defendant needs to review Plaintiff's testimony regarding her treating physicians as well as

depose her doctors in order to be in a position to designate affirmative experts. This extension of time is necessitated.

3. This extension will not prejudice Plaintiff.

4. Pursuant to D.C.Colo.LCivR 7.1.A, undersigned defense counsel conferred by voice mail with counsel for Plaintiff, Lonn Heymann, Esq., on November 1, 2007 regarding the extension of time requested herein. As of the time of this filing, Defendant has not heard back from Mr. Heymann.

5. Pursuant to D.C. Colo. LR 6.1(D), a copy of this Motion for Extension of Time has been served upon Defendant and Plaintiff, as indicated on the certificate of mailing.

WHEREFORE, Defendant respectfully requests that this Court enter an Order granting the parties an extension of time, up to and including December 20, 2007, within which to file their initial expert disclosures and January 21, 2008, within which to file their rebuttal expert disclosures pursuant to Fed. R. Civ. P. 26(a)(2).

Dated this 2nd day of November, 2007.

HALL & EVANS, L.L.C.

By: s/ *Katherine M.L. Pratt*
Thomas J. Lyons, Esq.
Katherine M.L. Pratt, Esq.
Hall & Evans, L.L.C.
1125 – 17th Street, Suite 600
Denver, Colorado 80202
Phone: 303-628-3477
E-mail: lyonst@hallevans.com
E-mail: prattk@hallevans.com
Counsel for Defendant
*(filed electronically, original signature on file with counsel)*

CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on the 2nd day of November 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system that will send notification of such filing to the following e-mail address:

Lonn M. Heymann, Esq.
Lonn, Heymann Law Firm, P.C.
1439 Court Place
Denver, CO  80202
Phone:  (303) 825-9100
Fax:     (303) 832-6947
lonn@heymannlawfirm.com

And hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participant in the manner (mail, hand delivery, etc.) indicated by the non-participant's name:

**Client:**

Cyndy Giauque, Esq.                **Via U.S. Mail**
Assistant Weld County Attorney
915 10th Street
P.O. Box 758
Greeley, CO  80632

> *s/Martha Fiser, Secretary to*
> Thomas J. Lyons, Esq.
> Katherine M.L. Pratt, Esq.
> HALL & EVANS, L.L.C.
> 1125 17th Street, Suite 600
> Denver, Colorado 80202
> Phone:   303-628-3300
> Fax:       303-293-3238
> lyonst@hallevans.com
> prattk@hallevans.com
> *Counsel for Defendant*
> (filed electronically, original signature on file with counsel)

3