IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02578-RPM-MEH

HEATHER A. HEMBREE,

    Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS, WELD COUNTY, COLORADO d/b/a WELD COUNTY DIVISION OF HUMAN SERVICES' TRANSPORTATION DEPARTMENT,

    Defendant.

---

### DEFENDANT WELD COUNTY, COLORADO'S SECOND MOTION FOR EXTENSION OF TIME TO FILE EXPERT DISCLOSURES

---

Defendant Weld County Colorado, a governmental entity, through its attorneys Hall & Evans, L.L.C., hereby files its Second Motion for Extension of Time to File Expert Disclosures as follows:

1.    The current deadline to file initial Rule 26(a)(2) expert disclosure information is December 20, 2007. Rebuttal expert disclosure information is due on or before January 21, 2008.

2    Defendant now seeks an extension, up to and including February 15, 2008, within which to file its initial expert disclosures and March 17, 2008, within which to file its rebuttal expert disclosures. Defendant has previously requested an extension of time. In support of this extension, Defendant states the deposition of Plaintiff's treating physician Craig Wilson, M.D. was scheduled for December 4, 2007. Dr. Wilson's deposition had to be canceled and as of this

date still needs to be rescheduled. Due to the holidays and an upcoming trial in January, it is unlikely defendant's counsel will be able to take Dr. Wilson's deposition prior to the last week in January 2008. Defendant needs to depose Dr. Wilson in order to be in a position to designate affirmative experts. This extension of time is necessitated.

3. This extension will not prejudice Plaintiff.

4. Pursuant to D.C.Colo.LCivR 7.1.A, undersigned defense counsel conferred by e-mail with counsel for Plaintiff, Lonn Heymann, Esq., on December 16, 2007 regarding the extension of time requested herein. As of the time of this filing, Defendant has not heard back from Mr. Heymann.

5. Pursuant to D.C. Colo. LR 6.1(D), a copy of this Motion for Extension of Time has been served upon Defendant and Plaintiff, as indicated on the certificate of mailing.

WHEREFORE, Defendant respectfully requests that this Court enter an Order granting the parties an extension of time, up to and including February 15, 2008, within which to file their initial expert disclosures and March 17, 2008, within which to file their rebuttal expert disclosures pursuant to Fed. R. Civ. P. 26(a)(2).

Dated this 18th day of December, 2007.

HALL & EVANS, L.L.C.

By: s/ *Katherine M.L. Pratt*
Katherine M.L. Pratt, Esq.
Hall & Evans, L.L.C.
1125 – 17th Street, Suite 600
Denver, Colorado 80202
Phone: 303-628-3477
E-mail: prattk@hallevans.com
Counsel for Defendant
*(filed electronically, original signature on file with counsel)*

2

CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on the 18th day of December 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system that will send notification of such filing to the following e-mail address:

Lonn M. Heymann, Esq.
Lonn, Heymann Law Firm, P.C.
1439 Court Place
Denver, CO  80202
Phone:  (303) 825-9100
Fax:     (303) 832-6947
lonn@heymannlawfirm.com

And hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participant in the manner (mail, hand delivery, etc.) indicated by the non-participant's name:

**Client:**

Cyndy Giauque, Esq.           **Via U.S. Mail**
Assistant Weld County Attorney
915 10th Street
P.O. Box 758
Greeley, CO  80632

> *s/Martha Fiser, Secretary to*
> Katherine M.L. Pratt, Esq.
> HALL & EVANS, L.L.C.
> 1125 17th Street, Suite 600
> Denver, Colorado 80202
> Phone:   303-628-3300
> Fax:      303-293-3238
> prattk@hallevans.com
> *Counsel for Defendant*
> (filed electronically, original signature on file with counsel)

3