IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02578-RPM-MEH

HEATHER A. HEMBREE,

    Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS, WELD COUNTY, COLORADO d/b/a WELD COUNTY DIVISION OF HUMAN SERVICES' TRANSPORTATION DEPARTMENT,

    Defendant.
_____

**ORDER RE EXTENSION OF TIME TO FILE EXPERT DISCLOSURES**
_____

THIS MATTER having come before the Court upon Defendant Weld County, Colorado's Second Motion For Extension of Time to File Expert Disclosures, and being fully advised in the premises,

THE COURT HEREBY ORDERS that the parties are hereby GRANTED an extension of time up to and including February 15, 2008, within which to file their initial expert disclosures and March 17, 2008, within which to file their rebuttal expert disclosures.

DATED this 19th day of December, 2007.

                                              BY THE COURT:

                                              s/Richard P. Matsch

                                              _____
                                              UNITED STATES DISTRICT COURT JUDGE