IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02578-RPM-MEH

HEATHER A. HEMBREE,

    Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS, WELD COUNTY, COLORADO d/b/a WELD COUNTY DIVISION OF HUMAN SERVICES' TRANSPORTATION DEPARTMENT,

    Defendant.

---

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S INTERROGATORIES
AND REQUESTS FOR PRODUCTION OF DOCUMENTS
FROM DEFENDANT WELD COUNTY**

---

Defendant Weld County Colorado, a governmental entity, through its attorneys Hall & Evans, L.L.C., hereby moves the Court for an Order granting it an extension of time within which to respond to Plaintiff's Interrogatories and Requests for Production of Documents, without opposition, as follows:

    1.    Plaintiff's discovery requests were served on Defendant on or about December 4, 2007, triggering a defense obligation to provide responses by January 4, 2008.

    2    Defendant requests an extension of present deadline, up to and including January 18, 2008, within which to respond to Plaintiff's discovery requests. Defendant did not earlier request an extension of time respecting these requests. The request for an extension of time is necessitated by the illness of co-counsel, Ms. Pratt, who is responsible for providing the

necessary responses.  Ms. Pratt is ill and out of the office due to illness.  She is now expected to return to work next week.

3. The requested extension will not prejudice Plaintiff.

4. Pursuant to D.C.Colo.LCivR 7.1.A, undersigned defense counsel conferred via e-mail and by telephone message with counsel for Plaintiff, Lonn Heymann, Esq., on January 2 and 3, 2008 regarding the extension of time requested herein.  In a response voicemail, Mr. Heymann expressed that he did not object to the requested extension of time.

5. Pursuant to D.C. Colo. LR 6.1(D), a copy of this Unopposed Motion for Extension of Time is being served on Defendant, through its designated representative and on counsel for Plaintiff, as indicated on the certificate of mailing.  A draft order accompanies this motion.

WHEREFORE, Defendant respectfully requests that this Court enter an Order granting an extension of time, up to and including January 18, 2008, within which Defendant may respond to Plaintiff's Interrogatories and Requests for Production of Documents.

Dated this 4th day of January 2008.

> s/ *Thomas J. Lyons*
> Thomas J. Lyons, Esq.
> Katherine M.L. Pratt, Esq.
> HALL & EVANS, L.L.C.
> 1125 – 17th Street, Suite 600
> Denver, Colorado 80202
> lyonst@hallevans.com
> prattk@hallevans.com
> Phone:   (303) 628-3300
> Fax:       (303) 628-3368
> **ATTORNEYS FOR DEFENDANT**

## **CERTIFICATE OF SERVICE (CM/ECF)**

I HEREBY CERTIFY that on the 4th day of January 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system that will send notification of such filing to the following e-mail address:

Lonn M. Heymann, Esq.
Lonn, Heymann Law Firm, P.C.
1439 Court Place
Denver, CO  80202
lonn@heymannlawfirm.com

And hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participant in the manner (mail, hand delivery, etc.) indicated by the non-participant's name:

**Client:**

Cyndy Giauque, Esq.
Assistant Weld County Attorney
915 10th Street
P.O. Box 758
Greeley, CO  80632

*s/Marlene Wilson, Secretary to*
Thomas J. Lyons, Esq.
Katherine M.L. Pratt, Esq.
HALL & EVANS, L.L.C.
1125 – 17th Street, Suite 600
Denver, Colorado 80202
lyonst@hallevans.com
prattk@hallevans.com
Phone:   (303) 628-3300
Fax:       (303) 628-3368
**ATTORNEYS FOR DEFENDANT**

3