IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02578-RPM-MEH

HEATHER A. HEMBREE,

        Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS, WELD COUNTY, COLORADO d/b/a WELD COUNTY DIVISION OF HUMAN SERVICES' TRANSPORTATION DEPARTMENT,

        Defendant.
_____

**ORDER ON UNOPPOSED EXTENSION OF TIME TO RESPOND TO INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS FROM PLAINTIFF**
_____

        THIS MATTER is before the Court on Defendant Weld County, Colorado's Unopposed Motion For Extension of Time to Respond to Plaintiff's Interrogatories and Requests for Production of Documents, and being fully advised in the premises,

        IT IS HEREBY ORDERED that Defendant is GRANTED an extension of time up to and including January 18, 2008, within which to file its response to Plaintiff's Interrogatories and Requests for Production of Documents.

        DATED this 7th day of January 2008.

                BY THE COURT:

                s/Richard P. Matsch

                _____

                RICHARD P. MATSCH , Senior Judge