IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02578-RPM-MEH

HEATHER A. HEMBREE,

    Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS, WELD COUNTY, COLORADO d/b/a WELD COUNTY DIVISION OF HUMAN SERVICES' TRANSPORTATION DEPARTMENT,

    Defendant.

## **UNOPPOSED** MOTION FOR EXTENSION OF TIME TO COMPLETE NON-EXPERT DISCOVERY

    Defendant Weld County Colorado, a governmental entity, through its attorneys Hall & Evans, L.L.C., hereby files its Unopposed Motion for Extension of Time to Complete Non-Expert Discovery as follows:

    1.    The current deadline to complete discovery is January 7, 2008.

    2.    The parties seek an extension of this deadline to and including February 18, 2008, in which to complete non-expert discovery. In support of this extension, the parties state the deposition of Plaintiff's treating physician Craig Wilson, M.D. was scheduled for December 4, 2007. Dr. Wilson's deposition had to be canceled and as of this date still needs to be rescheduled. Due to the holidays and an upcoming trial in January, it is unlikely defendant's counsel will be able to take Dr. Wilson's deposition prior to the last week in January 2008. Defendant needs to depose Dr. Wilson in order to be in a position to designate affirmative

experts. This extension of time is necessitated. Similarly, Plaintiff seeks to depose three of Plaintiff's former co-workers, which depositions remain to be scheduled.

3. This extension will not prejudice the parties and is in the interest of justice.

4. The Court has previously granted extensions of time for expert discovery and for Defendant's responses to Plaintiff's written discovery requests, which run beyond the current discovery deadline.

5. Pursuant to D.C.Colo.LCivR 7.1.A, undersigned counsel conferred by telephone with counsel for Plaintiff, Lonn Heymann, Esq., on January 7, 2008, regarding the extension of time requested herein. Plaintiff joins in this motion.

6. Pursuant to D.C. Colo. LR 6.1(D), Defendant's counsel will serve a copy of this Motion for Extension of Time has been upon Defendant and upon Plaintiff's counsel, as indicated on the certificate of mailing.

WHEREFORE, Defendant respectfully requests that this Court enter an Order granting the parties an extension of time, up to and including February 18, 2008, within which to complete non-expert discovery.

Dated this 7th day of January, 2008.

HALL & EVANS, L.L.C.

By: s/ *Katherine M.L. Pratt*
    Katherine M.L. Pratt, Esq.
    Hall & Evans, L.L.C.
    1125 – 17th Street, Suite 600
    Denver, Colorado 80202
    Phone: 303-628-3477
    E-mail: prattk@hallevans.com
    Counsel for Defendant
    *(filed electronically, original signature on file with counsel)*

<u>CERTIFICATE OF SERVICE (CM/ECF)</u>

I HEREBY CERTIFY that on the 7th day of January 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system that will send notification of such filing to the following e-mail address:

Lonn M. Heymann, Esq.
Lonn, Heymann Law Firm, P.C.
1439 Court Place
Denver, CO  80202
Phone:  (303) 825-9100
Fax:     (303) 832-6947
lonn@heymannlawfirm.com

And hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participant in the manner (mail, hand delivery, etc.) indicated by the non-participant's name:

**Client:**

Cyndy Giauque, Esq.              **Via U.S. Mail**
Assistant Weld County Attorney
915 10th Street
P.O. Box 758
Greeley, CO  80632

> *s/Martha Fiser, Secretary to*
> Katherine M.L. Pratt, Esq.
> HALL & EVANS, L.L.C.
> 1125 17th Street, Suite 600
> Denver, Colorado 80202
> Phone:   303-628-3300
> Fax:      303-293-3238
> prattk@hallevans.com
> *Counsel for Defendant*
> (filed electronically, original signature on file with counsel)

3