IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02578-RPM-MEH

HEATHER A. HEMBREE,

Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS, WELD COUNTY, COLORADO d/b/a WELD COUNTY DIVISION OF HUMAN SERVICES' TRANSPORTATION DEPARTMENT,

Defendant.
_____

**ORDER RE EXTENSION OF TIME TO COMPLETE NON-EXPERT DISCOVERY**
_____

THIS MATTER having come before the Court upon Defendant Weld County Colorado's Unopposed Motion For Extension of Time to Complete Non-Expert Discovery, and being fully advised in the premises,

THE COURT HEREBY ORDERS that the parties are hereby GRANTED an extension of time up to and including February 18, 2008, within which to complete non-expert discovery.

DATED this 14th day of January, 2008.

BY THE COURT:

s/Richard P. Matsch

_____
RICHARD P. MATSCH
UNITED STATES DISTRICT COURT JUDGE