IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02578-RPM-MEH

HEATHER A. HEMBREE,

    Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS, WELD COUNTY, COLORADO d/b/a WELD COUNTY DIVISION OF HUMAN SERVICES' TRANSPORTATION DEPARTMENT,

    Defendant.

## NOTICE OF SETTLEMENT

Defendant Weld County Colorado, a governmental entity, through its attorneys Hall & Evans, L.L.C., hereby notifies the Court that the parties have reached a settlement of all claims involved in this action. The parties are working to document their settlement and will file appropriate papers dismissing this action no later than February 29, 2008, absent further leave of the Court.

Respectfully submitted this 14th day of February 2008.

                        HALL & EVANS, L.L.C.

                        By:  s/ *Katherine M.L. Pratt*
                              Katherine M.L. Pratt, Esq.
                              Hall & Evans, L.L.C.
                              1125 – 17th Street, Suite 600
                              Denver, Colorado 80202
                              Phone: 303-628-3477
                              E-mail: prattk@hallevans.com
                              Counsel for Defendant
                              *(filed electronically, original signature on file with counsel)*

CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on the 14th day of February 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system that will send notification of such filing to the following e-mail address:

Lonn M. Heymann, Esq.
Rosenthal & Heymann, LLC
1020 W. 7th Avenue
Denver, CO  80202
Phone:  (303) 825-2223
Fax:     (303) 825-2224
lonn@rosehey.com

And hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participant in the manner (mail, hand delivery, etc.) indicated by the non-participant's name:

**Client:**

Cyndy Giauque, Esq.                **Via U.S. Mail**
Assistant Weld County Attorney
915 10th Street
P.O. Box 758
Greeley, CO  80632

*s/Martha Fiser, Secretary to*
Katherine M.L. Pratt, Esq.
HALL & EVANS, L.L.C.
1125 17th Street, Suite 600
Denver, Colorado 80202
Phone:   303-628-3300
Fax:      303-293-3238
prattk@hallevans.com
*Counsel for Defendant*
(filed electronically, original signature on file with counsel)