IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 06-cv-02578-RPM

HEATHER A. HEMBREE,

    Plaintiff,

vs.

BOARD OF COUNTY COMMISSIONERS, WELD COUNTY, COLORADO d/b/a WELD COUNTY DIVISION OF HUMAN SERVICES' TRANSPORTATION DEPARTMENT,

    Defendant.

**Minute Order Entered by Senior Judge Richard P. Matsch:**

s/M. V. Wentz
 Secretary

    Pursuant to the Notice of Settlement [19] filed on February 14, 2008, this case is stricken from the February 29, 2008, Calendar Call.

DATED:  February 21, 2008