IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02578-RPM-MEH

HEATHER A. HEMBREE,

    Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS, WELD COUNTY, COLORADO d/b/a WELD COUNTY DIVISION OF HUMAN SERVICES' TRANSPORTATION DEPARTMENT,

    Defendant.

## JOINT STIPULATED MOTION TO DISMISS WITH PREJUDICE

The parties, through their respective counsel of record, move this Court for an order dismissing all claims with prejudice, and as grounds therefore state as follows:

1.    Plaintiff and Defendant have reached an agreement in full settlement of this civil action. Upon dismissal, each party shall bear its or her own costs and attorney fees.

2.    This Motion resolves all pending claims in this action. This matter had not yet been set for trial. A proposed order is filed herewith.

WHEREFORE, for all of the foregoing reasons, the parties respectfully request this Court enter an order dismissing this civil action with prejudice.

Respectfully submitted this 9th day of April 2008.

        *s/ Katherine M.L. Pratt*
        Thomas J. Lyons, Esq.
        Katherine M.L. Pratt, Esq.
        Hall & Evans, L.L.C.
        1125 – 17th Street, Suite 600
        Denver, Colorado 80202
        Telephone:  (303) 628-3300
        Fax:  (303) 628-3368
        lyonst@hallevans.com
        prattk@hallevans.com

        **ATTORNEYS FOR DEFENDANT**


        *s/ Lonn M. Heymann*
        Lonn M. Heymann, Esq.
        Rosenthal & Heymann, LLC
        1439 Court Place
        Denver, CO  80202
        Telephone :  (303) 825-2223
        Fax:     (303) 825-2224
        lonn@rosehey.com

        **ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on the 9th day of April 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system that will send notification of such filing to the following e-mail address:

Lonn M. Heymann, Esq.
Rosenthal & Heymann, LLC
1020 W. 7th Avenue
Denver, CO  80202
Phone:  (303) 825-2223
Fax:     (303) 825-2224
lonn@rosehey.com

And hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participant in the manner (mail, hand delivery, etc.) indicated by the non-participant's name:

**Client:**

Cyndy Giauque, Esq.                    **Via U.S. Mail**
Assistant Weld County Attorney
915 10th Street
P.O. Box 758
Greeley, C 80632

Janet Grossnickle                       **Via U.S. Mail**
Claims Manager
County Technical Services, Inc.
800 Grant Street, Suite 400
Denver, CO 80203

*s/Martha Fiser, Secretary to*
Katherine M.L. Pratt, Esq.
HALL & EVANS, L.L.C.
1125 17th Street, Suite 600
Denver, Colorado 80202
Phone:   303-628-3300
Fax:     303-293-3238
prattk@hallevans.com
*Attorney for Defendant*
(filed electronically, original signature on file with counsel)

3