IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02578-RPM-MEH

HEATHER A. HEMBREE,

    Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS, WELD COUNTY, COLORADO d/b/a WELD COUNTY DIVISION OF HUMAN SERVICES' TRANSPORTATION DEPARTMENT,

    Defendant.

**ORDER GRANTING JOINT STIPULATED MOTION TO DISMISS WITH PREJUDICE**

    The Court, after reviewing the parties' Joint Stipulated Motion to Dismiss With Prejudice, hereby ORDERS:

    All claims in this civil action are hereby dismissed with prejudice. The parties shall each bear its or her own attorneys' fees and costs.

    Dated this \_\_\_\_\_ day of _____, 2008

                                          BY THE COURT:

                                        _____
                                        United States District Court