IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02578-RPM-MEH

HEATHER A. HEMBREE,

      Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS, WELD COUNTY, COLORADO d/b/a WELD
COUNTY DIVISION OF HUMAN SERVICES' TRANSPORTATION DEPARTMENT,

      Defendant.

---

## ORDER GRANTING JOINT STIPULATED MOTION TO DISMISS WITH PREJUDICE

      Upon review of the parties' Joint Stipulated Motion to Dismiss With Prejudice, it is

      ORDERED that all claims in this civil action are hereby dismissed with prejudice, the

parties to bear their own attorneys' fees and costs.

      Dated this 9th day of April, 2008

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____

                              United States District Court